## (July 14, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMA EDWARDS, Appellant. — The defendant's motion to set aside the sentence of the Supreme Court, Suffolk County, rendered July 25, 1978 as modified by order of this court dated January 26, 1981 [79 AD2d 1033] and to resentence the defendant in accordance with the law, will be treated as a motion for reargument on the appeal from the judgment rendered July 25, 1978. Motion denied. On the court's own motion, this court's decision dated January 26, 1981 is amended by striking its decretal paragraph and by substituting the following: "Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a term of imprisonment of 3⅓ years minimum to 10 years maximum. As so modified, judgment affirmed." Order dated January 26, 1981 entered on the decision amended accordingly. The District Attorney has consented to defendant's request that, upon our reduction of the maximum period of imprisonment to a term of 10 years, a minimum period of incarceration be set at 3⅓ years. Titone, J. P., Mangano, Lazer and Gulotta, JJ., concur.

## (July 15, 1982)

■ In the Matter of THOMAS J. MANTON et al., Appellants, v MARTIN RICHARDS et al., Constituting the Board of Elections of the City of New York, Respondents. — In a proceeding to compel the New York City Board of Elections to deem petitioners to be duly nominated candidates of the Democratic Party for the public office of member of the City Council for the 15th, 16th, 17th, 18th, 19th, 20th, 21st and 22nd Councilmanic Districts, and to place petitioners' names on the appropriate ballot, petitioners appeal from a judgment of the Supreme Court, Queens County (Lerner, J.), dated July 13, 1982, which, inter alia, dismissed the petition. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Titone, Mangano, Brown and Niehoff, JJ., concur.